UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00040-CKD |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND RECALL NO BAIL WARRANT |
| v. | ) ) | |
| DENIS H. KILKENNY, | ) ) | DATE:  March 24, 2022 TIME:  9:30 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:22-po-00040-CKD without prejudice is GRANTED.

It is further ordered that the no bail warrant issued March 24, 2022, is recalled.

IT IS SO ORDERED.

Dated: April 6, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE